# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LOUIS JENSEN, *et al.*, | 2:12-cv -00162-MMD-VCF |
| Plaintiffs, | **MINUTE ORDER** |
| vs. | |
| MICHELIN NORTH AMERICA, INC. | |
| Defendant. | |

Before the Court is the Stipulated Discovery Plan and Scheduling Order (#15).

IT IS HEREBY ORDERED that a telephonic hearing is scheduled for 9:00 a.m., Monday, August 27, 2012 in chambers. The call in number is 1-702-868-4911. The passcode is 123456.

DATED this 24th day of August, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE