1  D. Lee Roberts, Jr., Esq.
   Nevada Bar No. 8877
2  lroberts@wwhgd.com
   Rosemary Missisian, Esq.
3  Nevada Bar No. 8575
   rmissisian@wwhgd.com
4  WEINBERG, WHEELER, HUDGINS,
      GUNN & DIAL, LLC.
5  6385 S. Rainbow Blvd., Suite 400
   Las Vegas, NV  89118
6  Telephone:    (702) 938-3838
   Facsimile:    (702) 938-3864

7
   Linet Bidrossian, Esq.
8  Nevada Bar No. 11917
   lbidrossian@yukelaw.com
9  Yukevich Calfo & Cavanaugh
   355 South Grand Avenue
10 15th Floor
   Los Angeles, California 90017
11 *Attorneys for Defendant*
   *Michelin North America, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS JENSEN dba BLUEBELL LIVESTOCK, and NORTHLAND INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHELIN NORTH AMERICA, INC., and DOES 1 to 20, Inclusive,<br><br>Defendants. | Case No.:   2:12-cv-00162-MMD-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED TO by and between the respective counsel for the parties herein that the claims of Plaintiffs Louis Jensen dba Bluebell Livestock and Northland Insurance Company against Defendant Michelin North America, Inc. are hereby dismissed without prejudice with all parties to bear their own fees and costs.

/ / /

/ / /

/ / /

Page 1 of 2

```
 1                IT IS SO STIPULATED.

 2     DATED this 12 day of February, 2013.        DATED this 12 day of February, 2013.

 3     /s/ Rosemary Missisian                      /s/ Brian S. Letofsky
       Rosemary Missisian, Esq.                    Brian S. Letofsky, Esq.
 4     WEINBERG, WHEELER, HUDGINS,                 WATKINS & LETOFSKY, LLP
       GUNN & DIAL, LLC                            330 South 3rd Street, Suite 990
 5     6385 S. Rainbow Blvd., Ste. 400             Las Vegas, NV 89101
       Las Vegas, NV 89118                         Attorneys for Plaintiffs
 6                                                 Louis Jensen dba Bluebell Livestock
       Linet Bidrossian, Esq.                      and Northland Insurance Company
 7     YUKEVICH CALFO & CAVANAUGH
       355 S. Grand Avenue, 15th Floor
 8     Los Angeles, CA 90071
       Attorneys for Defendant
 9     Michelin North America, Inc.

10

11

12                                                 ORDER

13                IT IS SO ORDERED.

14                                                 Dated: February 19, 2013.

15                                                 /s/
                                                   _____
16                                                 DISTRICT COURT JUDGE
```