D. Lee Roberts, Jr., Esq.
Nevada Bar No. 8877
lroberts@wwhgd.com
Rosemary Missisian, Esq.
Nevada Bar No. 8575
rmissisian@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC.
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118
Telephone:   (702) 938-3838
Facsimile:   (702) 938-3864

Linet Bidrossian, Esq.
Nevada Bar No. 11917
lbidrossian@yukelaw.com
Yukevich Calfo & Cavanaugh
355 South Grand Avenue
15th Floor
Los Angeles, California 90017
*Attorneys for Defendant*
*Michelin North America, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS JENSEN dba BLUEBELL LIVESTOCK, and NORTHLAND INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHELIN NORTH AMERICA, INC., and DOES 1 to 20, Inclusive,<br><br>Defendants. | Case No.:   2:12-cv-00162-MMD-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED TO by and between the respective counsel for the parties herein that the claims of Plaintiffs Louis Jensen dba Bluebell Livestock and Northland Insurance Company against Defendant Michelin North America, Inc. are hereby dismissed without prejudice with all parties to bear their own fees and costs.

/ / /

/ / /

/ / /

1    IT IS SO STIPULATED.

2    DATED this 12 day of February, 2013.         DATED this 12 day of February, 2013.

3    /s/ Rosemary Missisian                       /s/ Brian S. Letofsky
     Rosemary Missisian, Esq.                     Brian S. Letofsky, Esq.
4    WEINBERG, WHEELER, HUDGINS,                  WATKINS & LETOFSKY, LLP
     GUNN & DIAL, LLC                             330 South 3rd Street, Suite 990
5    6385 S. Rainbow Blvd., Ste. 400              Las Vegas, NV 89101
     Las Vegas, NV 89118                          *Attorneys for Plaintiffs*
6                                                 *Louis Jensen dba Bluebell Livestock*
     Linet Bidrossian, Esq.                       *and Northland Insurance Company*
7    YUKEVICH CALFO & CAVANAUGH
     355 S. Grand Avenue, 15th Floor
8    Los Angeles, CA 90071
     *Attorneys for Defendant*
9    *Michelin North America, Inc.*

10

11

12                                                ORDER

13   IT IS SO ORDERED.

14                                                Dated: February 19, 2013.

15                                                /s/
16                                                DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118
(702) 938-3838